AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Song Chuan Technology Co Ltd | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:16-cv-03269-RMG |
| Bank of America NA et al | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that

■ other: having granted Defendant Bank of America's Motion to Dismiss, dismissing Bank of America from this action and dismissing without prejudice the claims remaining against Defendant John Doe, this complaint is dismissed.

This action was

■ decided by the Honorable Richard M Gergel, United States District Judge.

Date:   March 10, 2017                           *CLERK OF COURT*    Robin L. Blume

s/ S. Shealy

*Signature of Clerk or Deputy Clerk*